**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 07-6674**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ATARAH MCQUINN,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge. (3:02-cr-00095-REP)

———————————

Submitted: July 24, 2007            Decided: July 31, 2007

———————————

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Atarah McQuinn, Appellant Pro Se. Brian Ronald Hood, Assistant United States Attorney, Richmond, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Atarah McQuinn appeals the district court's order denying McQuinn's motion to modify her term of imprisonment pursuant to 18 U.S.C. § 3582(c)(2) (2000).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  See United States v. McQuinn, No. 3:02-cr-00095-REP (E.D. Va. Apr. 13, 2007).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED